UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| LAWRENCE EDWARDS, Plaintiff, | * | CIVIL ACTION |
| Versus | * | CASE NO. 1:24-CV-00040 |
| M/V PACIFIC DUCHESS, *IN REM* | * | JUDGE: TAYLOR B. MCNEEL |
| TIDEWATER OFFSHORE OPERATIONS PTE.LTE, *IN PERSONAM*, AND | * | MAGISTRATE JUDGE: ROBERT MYERS |
| TIDEWATER de MEXICO de R.L. de C.V. *IN PERSONAM* | * | |
| | * | IN ADMIRALTY |
| | * | |

## ORDER FOR TRANSFER

An Unopposed Motion to Transfer (Doc. 26) and Memorandum in Support (Rec. Doc. 27) were filed on May 31, 2024 by Plaintiff, Lawrence Edwards, to request the transfer of this action to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C.A. § 1404(a). Therein, Plaintiff showed that the requested transfer would be for the convenience of the parties and the witnesses and in the interest of justice. Moreover, Plaintiff showed that all parties consented to the transfer of this case to the United States District Court for the Southern District of Texas, Houston Division.

Now, on reading the pleadings, the Unopposed Motion to Transfer, and the Memorandum in Support of Unopposed Motion to Transfer (together with Exhibits A-D thereto), and after due deliberation having been had for the consent of the parties, and the Court finding that it would be in the interest of justice and for the convenience of the parties and the witnesses for this Motion to be granted,

IT IS ORDERED that the Unopposed Motion to Transfer (Doc. 26) is granted, and that this action is transferred to the United States District Court for the Southern District of Texas, Houston Division.

SO ORDERED, this, the 10th day of June, 2024.

_____
TAYLOR B. MCNEEL
UNITED STATES DISTRICT COURT JUDGE

Order Submitted by:

      /s/ George W. Byrne, Jr.
GEORGE W. BYRNE, JR. (#7653)
Of Counsel
Cueria Law Firm, L.L.C.
650 Poydras Street, Suite 2740
New Orleans, Louisiana 70130
Telephone:  (504) 525-5211
Telecopier:  (504) 525-3011
Email: gwb504@gmail.com

R. BRENT CUERIA (#18176)
*Admitted Pro Hac Vice*
Cueria Law Firm, LLC
650 Poydras Street, Suite 2740
New Orleans, LA 70130
Telephone:  (504) 525-5211
Telecopier:  (504) 525-3011
Email: cuerialaw@gmail.com

*Attorneys for Plaintiff,
Lawrence Edwards*

/s/ Todd G. Crawford
Todd G. Crawford (MS. Bar No: 102620)
Samuel J. Nobin (MS Bar No: 105971)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
1607 24th Avenue, Suite B
Gulfport, MS 39501
Telephone No.: (228) 206-0033
Facsimile No.: (504) 310-9195
E-mail: tcrawford@lawla.com
E-mail: snobin@lawla.com

Counsel for M/V Pacific Duchess; Tidewater de Mexico de R.L. de C.V., making a restricted appearance pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure; and Tidewater Offshore Operations PTE. LTD., making a restricted appearance pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure

3